```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMIE HANSEN
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    JONI G. DRAKE
 8

 9

10                  IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,     )  No. 2:11-CR-022-EFB
                                  )
15              Plaintiff,        )
                                  )  STIPULATION AND ORDER TO VACATE
16       v.                       )  AND CONTINUE THE CONFIRMATION
                                  )  HEARING AND TRIAL
17  JONI G. DRAKE,                )
                                  )
18              Defendant.        )  Date:  March 28, 2011
                                  )  Time:  10:00 a.m.
19  _____)  Judge: Hon. Edmund F. Brennan

20

21       The United States of America, by and through its counsel Jill

22  Thomas, Assistant United States Attorney, together with Defendant, Joni

23  G. Drake, by and through her counsel Linda Harter, Chief Assistant

24  Federal Defender, stipulate to vacate the Trial Confirmation Hearing

25  set for March 28, 2011 at 10:00 a.m. and the Jury Trial set for April

26  18, 2011 at 9:30 a.m., and continue the proceedings to the following

27  dates:

28  Trial confirmation hearing:   April 18, 2011 at 10:00 a.m.
```

Case 2:11-cr-00022-EFB   Document 6   Filed 03/25/11   Page 2 of 2

1 | Jury trial date:                May 3, 2011 at 9:30 a.m.

2 |    Continuance is requested because more preparation is needed by the
3 | defense. The parties further agree that time should be excluded from
4 | the date of this [Proposed] Order until Trial Confirmation Hearing
5 | which is set for May 3, 2011, pursuant to 18 U.S.C. Section §
6 | 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The
7 | interests of justice served by granting this continuance outweigh the
8 | best interests of the public and the defendant in a speedy trial.  18
9 | U.S.C. Section § 3161(h)(7)(A).

11 | Dated:  March 24, 2011          Respectfully submitted,

13 |                                 DANIEL J. BRODERICK
    |                                 Federal Defender

15 |                                 /s/ Linda C. Harter
16 |                                 LINDA C. HARTER
    |                                 Chief Assistant Federal Defender
17 |                                 Attorney for Defendant
    |                                 JONI G. DRAKE

19 | Dated: March 24, 2011           BENJAMIN B. WAGNER
20 |                                 United States Attorney

21 |                                 /s/ Jill Thomas
22 |                                 JILL THOMAS
    |                                 Assistant U.S. Attorney

24 |                          ORDER
25 | IT IS SO ORDERED.
26 | Dated: March 24, 2011.          [signature]
27 |                                 EDMUND F. BRENNAN
    |                                 UNITED STATES MAGISTRATE JUDGE
28 |

Stipulation and  Order              -2-