```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMIE HANSEN
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    JONI G. DRAKE
 8

 9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,    )  No. 2:11-CR-022-EFB
                                 )
15              Plaintiff,       )
                                 )  STIPULATION AND ORDER TO VACATE
16       v.                      )  AND CONTINUE THE CONFIRMATION
                                 )  HEARING AND TRIAL
17  JONI G. DRAKE,               )
                                 )
18              Defendant.       )  Date:  April 18, 2011
                                 )  Time:  10:00 a.m.
19  _____ )  Judge: Hon. Edmund F. Brennan

20

21       The United States of America, by and through its counsel Jill

22  Thomas, Assistant United States Attorney, together with Defendant, Joni

23  G. Drake, by and through her counsel Linda Harter, Chief Assistant

24  Federal Defender, stipulate to vacate the Trial Confirmation Hearing

25  set for April 18, 2011 at 10:00 a.m. and the Jury Trial set for May 3,

26  2011 at 9:30 a.m., and continue the proceedings to the following dates:

27  / / /

28  / / /
```

```
 1  Trial confirmation hearing:    May 9, 2011 at 10:00 a.m.
 2  Jury Trial date:               May 31, 2011 at 9:30 a.m.
 3      Continuance is requested because more preparation is needed by the
 4  defense. The parties further agree that time should be excluded from
 5  the date of this [Proposed] Order until the Jury Trial which is set for
 6  May 31, 2011, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and
 7  Local Code T4 (reasonable time to prepare). The interests of justice
 8  served by granting this continuance outweigh the best interests of the
 9  public and the defendant in a speedy trial.  18 U.S.C. Section §
10  3161(h)(7)(A).
11
12  Dated:  April 12, 2011         Respectfully submitted,
13
                                   DANIEL J. BRODERICK
14                                 Federal Defender

15                                 /s/ Linda C. Harter
                                   LINDA C. HARTER
16                                 Chief Assistant Federal Defender
                                   Attorney for Defendant
17                                 JONI G. DRAKE

18

19  Dated: April 12, 2011          BENJAMIN B. WAGNER
                                   United States Attorney
20

21                                 /s/ Jill Thomas
                                   JILL THOMAS
22                                 Assistant U.S. Attorney

23

24                        ORDER

25  IT IS SO ORDERED.

26  Dated: April 14, 2011.
                                   [signature]
27                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
28
```

Stipulation and Order               -2-