```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
KENDRA BERTSCHY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JONI GAIL DRAKE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 2:11-CR-022-EFB |
|                                    ) |  |
|             Plaintiff,              ) |  |
|                                    ) | STIPULATION TO CONTINUE AND |
|     v.                              ) | EXCLUDE TIME |
|                                    ) |  |
| JONI GAIL DRAKE,                    ) |  |
|                                    ) | Date:  September 19, 2011 |
|             Defendant.              ) | Time:  10:00 a.m. |
|                                    ) | Judge: Hon. Edmund F. Brennan |
| _____ ) |  |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for JONI GAIL DRAKE, and Certified Student Attorney, Kendra Bertschy, that the Court vacate the status conference and change of plea hearing on August 8, 2011 at 10:00 a.m. and set a status conference and change of plea hearing for September 19, 2011 at 10:00 a.m.

This continuance is requested because the parties are in the process of plea negotiation. The parties need more time to reach a plea agreement. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Change of Plea Hearing which is set for September 19, 2011, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated:  August 5, 2011

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Rachelle Barbour
                                      RACHELLE BARBOUR
                                      On behalf of LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      JONI GAIL DRAKE

                                      /s/ Kendra Bertschy
                                      KENDRA BERTSCHY
                                      Certified Law Student

Dated:  August 5, 2011        BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Justin Lee
                                      JUSTIN LEE
                                      Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Drake - Stipulation & Order