1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   KENDRA BERTSCHY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

   Attorney for Defendant
8  JONI GAIL DRAKE

9

10

                    IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14

   UNITED STATES OF AMERICA,      )  No. 2:11-CR-022-EFB
15                                 )
                 Plaintiff,        )
16                                 )  STIPULATION TO CONTINUE AND
        v.                         )  EXCLUDE TIME
17                                 )
   JONI GAIL DRAKE,                )
18                                 )  Date:  December 19, 2011
                 Defendant.        )  Time:  10:00 a.m.
19                                 )  Judge: Hon. Edmund F. Brennan
   _____ )
20

21       IT IS HEREBY STIPULATED between the parties through their

22  respective counsel, Justin Lee, Special Assistant United States

23  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24  attorney for JONI GAIL DRAKE, and Certified Student Attorney, Kendra

25  Bertschy, that the Court vacate the status conference and change of

26  plea hearing on October 18, 2011 at 10:00 a.m. and set a status

27  conference and change of plea hearing for December 19, 2011 at 10:00

28  a.m.

1      This continuance is requested because the parties are in the

2  process of plea negotiation.  The parties need more time to reach a

3  plea agreement.  The parties further agree that the time should be

4  excluded from the date of this [Proposed] Order until the Change of

5  Plea Hearing which is set for December 19, 2011, pursuant to 18 U.S.C.

6  Section § 3161(h)(7)(A)(iv) and Local Code T4 (reasonable time to

7  prepare).  The interests of justice served by granting this continuance

8  outweigh the best interests of the public and the defendant in a speedy

9  trial.  18 U.S.C. § 3161(h)(7)(A)(iv)11.

10

11  Dated:  October 17, 2011

12                                  DANIEL J. BRODERICK
                                Federal Defender

13
                                /s/ Linda Harter

14                                  LINDA C. HARTER
                                Chief Assistant Federal Defender

15                                  Attorney for Defendant
                                JONI GAIL DRAKE

16
                                /s/ Kendra Bertschy

17                                  KENDRA BERTSCHY
                                Certified Law Student

18
19  Dated:  October 17, 2011        BENJAMIN B. WAGNER
                                United States Attorney

20                                  /s/ Justin Lee
                                JUSTIN LEE

21                                  Special Assistant U.S. Attorney

22

23                                **ORDER**

24  IT IS SO ORDERED.

25  Dated:  October 17, 2011

26                                  EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

27

28

Drake - Stipulation & Order