```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-CR-00022-EFB |
|---|---|---|
| Plaintiff, | ) | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS** |
| v. | ) | **RE: PROBATION REVOCATION** |
| JONI GAIL DRAKE, | ) | |
| Defendant. | ) | |

It is Hereby Ordered that:

1. The defendant shall appear on January 28, 2013, at 2:00 p.m. to show cause why the probation granted on December 19, 2011, should not be revoked for the defendant's failure to satisfy her court-ordered restitution obligation;

2. The Clerk's Office shall issue a summons directing the defendant to appear on January 28, 2013, at 2:00 p.m. in Courtroom No. 8, 13th Floor, U.S. Courthouse, 501 I Street, Sacramento, CA 95814; and

////

////

////

1	3.  The defendant's term of probation is hereby extended to
2 and including January 28, 2013, unless otherwise ordered by the
3 court.
4	IT IS SO ORDERED.
5 Dated: December 18, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE